UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JERROLD METCOFF AND BARBARA METCOFF | : | CIVIL ACTION NO._____ |
| Plaintiffs | : | |
| V. | : | |
| GC SERVICES LIMITED PARTNERSHIP | : | |
| Defendant | : | DECEMBER 13 2010 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. 1331, 1441 and 1446, the defendant, GC Services Limited Partnership, ("Defendant"), through its undersigned counsel, Zeldes, Needle & Cooper, P.C., hereby gives notice of removal of this case to this Court from the Connecticut Superior Court for the Judicial District of Litchfield at Litchfield in which this action is now pending. The Defendant appears solely for the purpose of removal and for no other purpose, reserving all defenses available to it. In support of this petition, the Defendant represents as follows:

1.      An action was commenced against the Defendant in the Superior Court for the State of Connecticut in and for the Judicial District of Litchfield at Litchfield, entitled Jerrold and Barbara Metcoff v. GC Services Limited Partnership,

bearing a return date of January 11, 2011. A copy of the summons and complaint received by Defendant is attached hereto as Exhibit A.

2.      The complaint is dated November 16, 2010. The complaint was served upon the Defendant's statutory agent for service, CT Corporation, on November 17, 2010. Removal of this action is therefore timely under 28 U.S.C. § 1446(b). To the best of Defendant's knowledge, there have been no other motions or papers filed with the Superior Court.

3.      In the complaint in the above-described action, Plaintiff has claimed that Defendant violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

4.      This case is removable pursuant to 28 U.S.C. § 1441(a) and (b), since the Plaintiff's complaint alleges a violation of federal law.

5.      The case is removable pursuant to 28 U.S.C. § 1441(a) and (b) since the United States District Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331.

6.      As required by 28 U.S.C. § 1446(d), the Defendant will give notice of the filing of this notice to the Plaintiff and to the clerk of the Superior Court in and for the Judicial District of Litchfield at Litchfield, where the action is now pending. A copy of the Notice to State Court of Filing of Notice of Removal is attached as Exhibit B.

WHEREFORE, the Defendant respectfully requests that the above action now pending against it in the Superior Court of Connecticut, Judicial District of Litchfield at Litchfield, be removed therefrom to this Court.

DEFENDANT GC SERVICES
LIMITED PARTNERSHIP

By:_____
Jonathan D. Elliot (ct05762)

ZELDES, NEEDLE & COOPER, P.C.
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601-1740
Tel: (203) 333-9441
Fax: (203) 333-1489
Email: jelliot@znclaw.com

Its Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that on **December** /3 **, 2010**, a copy of foregoing **Notice of Removal** was filed with the court and was sent by U.S. mail to:

Theresa Rose DeGray, Attorney
Consumer Legal Services, LLC
29 Soundview Road
Suite 11B
Guilford, CT 06437

Dated at Bridgeport, Connecticut on this 13th day of December    , 2010.

_____
Jonathan D. Elliot

# EXHIBIT A

| **SUMMONS - CIVIL**<br>JD-CV-1 Rev. 10-09<br>C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-<br>45a, 52-48, 52-259, P.B. Secs. 3-1 through 3-21, | **STATE OF CONNECTICUT**<br>**SUPERIOR COURT**<br>*www.jud.ct.gov* | *See page 2 for instructions* |
|---|---|---|

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)*<br>(C.G.S. §§ 51-346, 51-350)<br>**15 West Street** Litchfield, 06759 | Telephone number of clerk *(with area code)*<br>**860-567-0885** | Return Date *(Must be a Tuesday)*<br>**1** Month **11** Day **, 2010** Year |
|---|---|---|

| ☒ Judicial District  G.A. ☐ Housing Session Number: | At *(Town in which writ is returnable)* (C.G.S. §§ 51-346, 51-<br>**LITCHFIELD** | Case type code *(See list on page 2)*<br>Major: **M**  Minor: **90** |
|---|---|---|

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip*<br>**Consumer Legal Services, LLC, 29, Soundview Rd., Ste 11B., Guilford, 06437** | Juris number *(to be entered by attorney only)*<br>**430221** |
|---|---|
| Telephone number *(with area code)*<br>**203-458-8200** | Signature of Plaintiff *(if self-represented)* |

| Number of Plaintiffs: **1** | Number of Defendants: **1** | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

**Parties** | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)*

| First Plaintiff | Name:<br>Address: | **Metcoff, Jerrold and Barbara**<br>**14 Deer Ridge Road; Roxbury; CT; 06783** | P-01 |
|---|---|---|---|
| Additional Plaintiff | Name:<br>Address: | | P-02 |
| First Defendant | Name:<br>Address: | **GC Services Limited Partnership**<br>**6330 Gulfton; TX; 77081** | D-50 |
| Additional Defendant | Name:<br>Address: | | D-51 |
| Additional Defendant | Name:<br>Address: | | D-52 |
| Additional Defendant | Name:<br>Address: | | D-53 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed *(Sign and "X" proper box)* | ☒ Commissioner of the Superior Court<br>☐ Assistant Clerk | Name of Person Signing at Left<br>**Theresa Rose Nickols DeGray** | Date signed<br>**11-17-10** |
|---|---|---|---|

| If this Summons is signed by a Clerk:<br>c. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.<br>d. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.<br>c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.<br>d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | File Date |
|---|---|

| ☐ I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date | **ATTEST:**<br>**TRUE COPY** |
|---|---|---|---|

Name and address of person recognized to prosecute in the amount of $250
**Ernest L. Nickols, Sr., 11 Beverly Place, Bridgeport, CT 06610**

| Signed *(Official taking recognizance; "X" proper box)* | ☒ Commissioner of the Superior Court<br>☐ Assistant Clerk | Date<br>**11-17-10** | **JOSEPH MUSUMECI**<br>**CONNECTICUT MARSHAL**<br>**HARTFORD COUNTY** |
|---|---|---|---|

(Page 1 of 2)

RETURN DATE: JANUARY 11, 2010     :     SUPERIOR COURT

METCOFF, JERROLD AND BARBARA     :     J. D. OF LITCHFIELD

V.     :     AT LITCHFIELD

GC SERVICES LIMITED PARTNERSHIP     :     NOVEMBER 17, 2010

## COMPLAINT

**FIRST COUNT**

1. The Plaintiffs seek relief pursuant to the Connecticut General Statutes (C.G.S. § 36a-800 et seq., § 36a-645 et seq. and § 42-110a et seq.) and the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.).

2. The Court has jurisdiction pursuant to 15 U.S.C. § 1692K and 28 U.S.C § § 1331 and 1367.

3. The Plaintiffs are "consumer debtors" and/or "consumers" and/or "persons" as defined by the Connecticut General Statutes (C.G.S. § 36a-800 et seq. and § 42-110a(3)) and/or the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.).

4. The Defendant has a business address of GC Services Limited Partnership, 6330 Gulfton, Houston, Texas, 77081; the Defendant is a "debt collector" as defined by the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.) and a "consumer collection agency" and/or a "person" as defined by the Connecticut General Statutes (C.G.S. § 36a-800 et seq. and § 42-110a(3)).

5. At all times relevant herein, the Defendant has been engaged in the trade or commerce of providing debt collection services in the State of Connecticut.

6. On November 17, 2009, the Defendant left a recorded voice message on the Plaintiffs' home telephone voice mail; a copy of which is attached hereto in audio format as Exhibit A; and a copy of which is attached hereto as a written transcription as Exhibit B.

7. Said recording stated, "This is (garbled) calling from GC Services here at my offices in Jacksonville, Florida, a debt collection agency. Need you to give me a call upon receiving this message. Very important. (Garbled). Call me at 877-710-8001, ext. 7497. It is important. Thank you."

8. In the recording, the Defendant states that the Defendant "needs" the Plaintiffs to call the Defendant "upon receiving this message. Very important." The Defendant is attempting to create a false sense of urgency, in violation of 15 U.S.C. § 1692e.

9. In the recording, the Defendant failed to disclose that they are attempting to collect a debt, in violation of 15 U.S.C. § 1692e(11).

10. Any and all of the Defendant's acts, or omissions to act, averred in this complaint are harassing, oppressive, unfair, deceptive and/or unconscionable.

11. Any and all of the Defendant's acts, or omissions to act, averred in this complaint caused actual damage and/or ascertainable loss to the Plaintiffs.

12. All of the Defendant's acts, or omissions to act, averred in this complaint caused intentional infliction of emotional distress to the Plaintiffs.

13. All of the Defendant's acts, or omissions to act, averred in this complaint caused negligent infliction of emotional distress to the Plaintiffs.

14. The Defendant's acts, or omissions to act, violated the Connecticut General Statutes, the Connecticut Unfair Trade Practices Act and/or the Fair Debt Collection Practices Act.

15. As a result of its acts, or omissions to act, the Defendant is liable to the Plaintiff pursuant to Connecticut General Statutes, the Connecticut Unfair Trade Practices Act and/or the Fair Debt Collection Practices Act.

## SECOND COUNT

16. Paragraphs 1-15 of the First Count are hereby incorporated as Paragraphs 1-15 of the Second Count as though stated in full.

17. The conduct of the Defendant alleged in paragraph 7 of this count constituted an intentional and wanton violation of the Plaintiffs' rights or was done with a reckless indifference to those rights in that the Defendant knew that its representations and omissions were false and misleading or was recklessly indifferent to their truth or completeness and that its threats and implications that the creditor would sue the Plaintiff were without reasonable justification or excuse.

WHEREFORE, the Plaintiffs claim:

1. Actual Money damages, pursuant to C.G.S. § 42-110g(a) in the amount of $5,000.00 or more, exclusive of interest and costs;
2. Ascertainable loss;
3. Punitive damages, pursuant to C.G.S. § 42-110g(a);
4. Statutory damages;
5. Attorneys fees and costs, pursuant to C.G.S. § 42-110g(d) and
6. Such other relief as the Court may find in law or equity.

THE PLAINTIFFS
Jerrold and Barbara Metcoff

By:

THERESA ROSE DEGRAY
Consumer Legal Services, LLC
29 Soundview Road, Suite 11B
Guilford, CT 06437
Tel: 203-458-8200
Fax: 203-738-1062
Juris No.: 430221

ATTEST:
A TRUE COPY

JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY

RETURN DATE: JANUARY 11, 2010　　　：　　　SUPERIOR COURT

METCOFF, JERROLD AND BARBARA　　：　　　J. D. OF LITCHFIELD

　　　　　　　　　　　　　　　　　：　　　AT LITCHFIELD
V.

　　　　　　　　　　　　　　　　　：　　　NOVEMBER 17, 2010
GC SERVICES LIMITED PARTNERSHIP

### STATEMENT RE: AMOUNT IN DEMAND

　　　　The Plaintiffs in the above captioned matter claim an amount in excess of $2,500.00 against the Defendant.

　　　　　　　　　　　　　　THE PLAINTIFFS
　　　　　　　　　　　　　　Jerrold and Barbara Metcoff

By:　　　_____
　　　　　　　　　　　　　　THERESA ROSE DEGRAY
　　　　　　　　　　　　　　Consumer Legal Services, LLC
　　　　　　　　　　　　　　29 Soundview Road, Suite 11B
　　　　　　　　　　　　　　Guilford, CT 06437
　　　　　　　　　　　　　　Tel: 203-458-8200
　　　　　　　　　　　　　　Fax: 203-738-1062
　　　　　　　　　　　　　　Juris No.: 430221

ATTEST:
A TRUE COPY
JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY



11-17-09 at 5:47 pm

Hi Mr. Metcoff,

This is (garbled) calling from GC Services here at my offices in Jacksonville, Florida, a debt collection agency. Need you to give me a call upon receiving this message. Very important. (Garbled). Call me at 877-710-8001, ext. 7497. It is important. Thank you.



EXHIBIT

B

# EXHIBIT B

RETURN DATE:  January 11, 2011

| | | |
|---|---|---|
| JERROLD METCOFF and<br>BARBARA METCOFF | : <br> : | JUDICIAL DISTRICT OF<br>LITCHFIELD |
| V. | : <br> : | AT LITCHFIELD |
| GC SERVICES LIMITED PARTNERSHIP | : | DECEMBER   , 2010 |

### <u>NOTICE TO STATE COURT OF FILING OF NOTICE OF REMOVAL</u>

PLEASE TAKE NOTICE THAT, on December  , 2010, the defendant,  GC Services Limited Partnership ("Defendant"), through its undersigned counsel, filed in the United States District Court for the District of Connecticut, a Notice of Removal in the above-captioned matter.  With this filing, this action now stands removed from the Superior Court for the Judicial District of Litchfield at Litchfield to the United States District Court for the District of Connecticut.  A copy of the Notice of Removal is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE THAT a copy of the Notice of Removal is being filed with the Clerk of the Superior Court for the Judicial District of Litchfield at Litchfield.

Dated at Bridgeport, Connecticut this    day of  December              2010.

DEFENDANT GC SERVICES
LIMITED PARTNERSHIP


By:_____
     Jonathan D. Elliot

         ZELDES, NEEDLE & COOPER, P.C.
         1000 Lafayette Boulevard
         P.O. Box 1740
         Bridgeport, CT 06601-1740
         Tel:  (203) 333-9441
         Fax: (203) 333-1489
         Juris No. 69695
         Email:  jelliot@znclaw.com

     Its Attorneys

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. Mail first-class mail, postage prepaid, on this date, to:

Theresa Rose DeGray, Attorney
Consumer Legal Services, LLC
29 Soundview Road
Suite 11B
Guilford, CT 06437

Dated at Bridgeport, Connecticut on this     day of December    , 2010.

_____
Jonathan D. Elliot

3

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JERROLD METCOFF AND BARBARA METCOFF | : | CIVIL ACTION NO._____ |
| Plaintiffs | : | |
| V. | : | |
| GC SERVICES LIMITED PARTNERSHIP | : | |
| Defendant | : | DECEMBER   , 2010 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. 1331, 1441 and 1446, the defendant, GC Services Limited Partnership, ("Defendant"), through its undersigned counsel, Zeldes, Needle & Cooper, P.C., hereby gives notice of removal of this case to this Court from the Connecticut Superior Court for the Judicial District of Litchfield at Litchfield in which this action is now pending.  The Defendant appears solely for the purpose of removal and for no other purpose, reserving all defenses available to it.  In support of this petition, the Defendant represents as follows:

1.     An action was commenced against the Defendant in the Superior Court for the State of Connecticut in and for the Judicial District of Litchfield at Litchfield, entitled Jerrold and Barbara Metcoff v. GC Services Limited Partnership,

bearing a return date of January 11, 2011.  A copy of the summons and complaint received by Defendant is attached hereto as Exhibit A.

2.     The complaint is dated November 16, 2010.  The complaint was served upon the Defendant's statutory agent for service, CT Corporation, on November 17, 2010.  Removal of this action is therefore timely under 28 U.S.C. § 1446(b).  To the best of Defendant's knowledge, there have been no other motions or papers filed with the Superior Court.

3.     In the complaint in the above-described action, Plaintiff has claimed that Defendant violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

4.     This case is removable pursuant to 28 U.S.C. § 1441(a) and (b), since the Plaintiff's complaint alleges a violation of federal law.

5.     The case is removable pursuant to 28 U.S.C. § 1441(a) and (b) since the United States District Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331.

6.     As required by 28 U.S.C. § 1446(d), the Defendant will give notice of the filing of this notice to the Plaintiff and to the clerk of the Superior Court in and for the Judicial District of Litchfield at Litchfield, where the action is now pending.  A copy of the Notice to State Court of Filing of Notice of Removal is attached as Exhibit B.

WHEREFORE, the Defendant respectfully requests that the above action now pending against it in the Superior Court of Connecticut, Judicial District of Litchfield at Litchfield, be removed therefrom to this Court.

DEFENDANT GC SERVICES
LIMITED PARTNERSHIP

By:_____
Jonathan D. Elliot (ct05762)

ZELDES, NEEDLE & COOPER, P.C.
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601-1740
Tel:  (203) 333-9441
Fax: (203) 333-1489
Email:  jelliot@znclaw.com

Its Attorneys

3

## CERTIFICATION OF SERVICE

I hereby certify that on **December** *13* **, 2010**, a copy of foregoing **Notice of Removal** was filed with the court and was sent by U.S. mail to:

Theresa Rose DeGray, Attorney
Consumer Legal Services, LLC
29 Soundview Road
Suite 11B
Guilford, CT 06437

Dated at Bridgeport, Connecticut on this *27th* day of December   , 2010.

_____
Jonathan D. Elliot