## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Jerrold Metcoff, et al, | : | |
|     Plaintiffs, | : | |
| | : | |
| v. | : | 3:10CV1962   (SRU) |
| | : | |
| GC Services Limited Partnership, | : | |
|     Defendant. | : | |

### **ORDER**

The parties have reported that this action has been settled in full.  Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before **April 14, 2011**.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before April 14, 2011.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7.

So ordered.

Dated at Bridgeport, Connecticut this 14th day of March 2011.


       /s/ Stefan R. Underhill
           Stefan R. Underhill
           United States District Judge